Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
DEX SERV LIMITED and ALLIANZ GLOBAL
CORPORATE & SPECIALTY AG f/k/a ALLIANZ
MARINE AND AVIATION VERSICHERUNGS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| DEX SERV LIMITED and ALLIANZ GLOBAL CORPORATE & SPECIALTY AG f/k/a ALLIANZ MARINE AND AVIATION VERSICHERUNGS AG, | 07 Civ. _____ |
|---|---|
| Plaintiffs, | CORPORATE DISCLOSURE STATEMENT OF ALLIANZ GLOBAL CORPORATE & SPECIALTY AG IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| -against- | |
| GOLTENS SHANGHAI CO., LTD. and SHANGHAI GOLTENS MARINE MACHINERY & MAINTENANCE CO., LTD., | |
| Defendants. | |

I, Lissa D. Schaupp, attorney for Plaintiffs Dex Serv Limited and Allianz Corporate & Specialty AG f/k/a Allianz Marine and Aviation Versicherungs AG ("Allianz"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff Allianz:

Allianz is not publicly traded, but it is wholly owned by Allianz SE, which is publicly traded on the New York Stock Exchange and various European exchanges.

Dated:  New York, New York
        October 16, 2007

                                    HOLLAND & KNIGHT LLP

                            By:     _____
                                    Michael J. Frevola
                                    Lissa D. Schaupp
                                    195 Broadway
                                    New York, NY 10007-3189
                                    Tel:  (212) 513-3200
                                    Fax:  (212) 385-9010

                                    *Attorneys for Plaintiffs*
                                    *Dex Serv Limited* and *Allianz Global Corporate &*
                                    *Specialty AG f/k/a Allianz Marine and Aviation*
                                    *Versicherungs AG*

# 4765609_v1

2