JUDGE KAPLAN

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
DEX SERV LIMITED and ALLIANZ GLOBAL
CORPORATE & SPECIALTY AG f/k/a ALLIANZ
MARINE AND AVIATION VERSICHERUNGS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEX SERV LIMITED and ALLIANZ GLOBAL
CORPORATE & SPECIALTY AG f/k/a ALLIANZ
MARINE AND AVIATION VERSICHERUNGS AG,

                Plaintiffs,

-against-

GOLTENS SHANGHAI CO., LTD. and
SHANGHAI GOLTENS MARINE MACHINERY &
MAINTENANCE CO., LTD.,

                Defendants.

07 Civ. _____

**AFFIDAVIT IN SUPPORT
OF REQUEST FOR AN
ORDER APPOINTING
PERSONS TO
<u>SERVE PROCESS</u>**

---

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK    )

      Lissa D. Schaupp, being duly sworn, deposes and says:

      1.    I am associated with the firm of Holland & Knight LLP, attorneys for plaintiffs Dex Serv Limited and Allianz Global Corporate & Specialty AG f/k/a Allianz Marine and

Aviation Versicherungs AG and Dex Serv Limited ("Plaintiffs"), and I am duly admitted to practice before the United States District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2. This affidavit is made in support of Plaintiffs' application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Lissa D. Schaupp

Sworn to before me this
17th day of October, 2007

_____
Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

# 4764590_v1

2