JUDGE KAPLAN

**07 CIV 9301**

KAPLAN

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
DEX SERV LIMITED and ALLIANZ GLOBAL
CORPORATE & SPECIALTY AG f/k/a ALLIANZ
MARINE AND AVIATION VERSICHERUNGS AG



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEX SERV LIMITED and ALLIANZ GLOBAL CORPORATE & SPECIALTY AG f/k/a ALLIANZ MARINE AND AVIATION VERSICHERUNGS AG,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLTENS SHANGHAI CO., LTD. and SHANGHAI GOLTENS MARINE MACHINERY & MAINTENANCE CO., LTD.,<br><br>Defendants. | 07 Civ. _____<br><br>**ORDER APPOINTING PERSONS TO SERVE PROCESS** |

**UPON** application of Plaintiffs Dex Serv Limited and Allianz Global Corporate & Specialty AG f/k/a Allianz Marine and Aviation Versicherungs AG for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and

representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         October 17, 2007

                                            SO ORDERED

                                            _____
                                            U.S.D.J.

# 4764597_v1