Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEX SERV LIMITED and ALLIANZ GLOBAL          :
CORPORATE & SPECIALTY AG f/k/a ALLIANZ:
MARINE AND AVIATION VERSICHERUNGS       :
AG,                                                                          :
                                                                               :
                                    Plaintiffs,           :          **07-CV-9301**
                                                                               :
                        v.                                      :          **NOTICE OF**
                                                                               :          **APPEARANCE**
GOLTENS SHANGHAI CO., LTD. and               :
SHANGHAI GOLTENS MARINE MACHINERY  :
& MAINTENANCE CO., LTD.,                            :
                                                                               :
                                                                               :
                                    Defendants.         :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
            October 22, 2007

                                                    CLARK, ATCHESON & REISERT
                                                    Attorneys for Garnishee
                                                    Societe Generale New York Branch

                            By:     _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ  07047

Tel: (201) 537-1200
Fax: (201) 537-1201
Email:  reisert@navlaw.com