Francis Hugh Scifo
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
1251 Avenue of the Americas
New York, New York 10020
(212) 782-4837
*Attorney for Garnishee The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEX SERV LIMITED and ALLIANZ GLOBAL CORPORATE & SPECIALTY AG f/k/a ALLIANZ MARINE AND AVIATION VERSICHERUNGS AG,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLTENS SHANGHAI CO., LTD. and SHANGHAI GOLTENS MARINE MACHINERY & MAINTENANCE CO., LTD.,<br><br>Defendants. | 07 CIV.9301 (LAK)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garnishee, The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch, certifies that Garnishee's parent, Mitsubishi UFJ Financial Group, is a publicly-held company.

THE BANK OF TOKYO-MITSUBISHI, LTD.
New York Branch

By: _____
Francis Hugh Scifo
Attorney for Garnishee
The Bank of Tokyo-Mitsubishi UFJ, Ltd.,
New York Branch
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 782-4837