Francis Hugh Scifo
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
1251 Avenue of the Americas
New York, New York 10020
(212) 782-4837
*Attorney for Garnishee The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEX SERV LIMITED and ALLIANZ GLOBAL CORPORATE & SPECIALTY AG f/k/a ALLIANZ MARINE AND AVIATION VERSICHERUNGS AG,<br><br>Plaintiffs,<br><br>-against-<br><br>GOLTENS SHANGHAI CO., LTD. and SHANGHAI GOLTENS MARINE MACHINERY & MAINTENANCE CO., LTD.,<br><br>Defendants. | 07 Civ. 9301 (LAK)<br><br>**ANSWER OF THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., NEW YORK BRANCH TO PLAINTIFF'S VERIFIED AMENDED <u>COMPLAINT</u>** |

The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch (the "Garnishee"), for its Answer to the Amended Writ of Attachment and Garnishment and Verified Amended Complaint herein, alleges on information and belief as follows:

(1) Denies that it has any of the Defendants as a customer and denies that it now holds or has held since commencement of this action any cash, funds, credits, wire transfers, electronic funds transfers, accounts, freight, hires, letters of credit or any other property or assets belonging or owing to, due or for the benefit of the Defendants in its hands or under its control or in which the Defendants have any interest, except for a wire

transfer to an account domiciled in The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s branch office located in Kobe, Japan for the benefit of Goltens Japan originated by Defendant Goltens Shanghai Co., Ltd. in the amount of $379.00 frozen by the Garnishee on November 8, 2007.

(2)   Denies that this Garnishee is indebted in any manner to any of the Defendants.

(3)   Denies that this Garnishee has held since the commencement of this action or now holds any cash, funds, credits, wire transfers, electronic funds transfers, accounts, freight, hires, letters of credit or any other property or assets belonging or owing to, due or for the benefit of Defendants named in the above entitled suit or in which Defendants have any interest, except for a wire transfer to an account domiciled in The Bank of Tokyo-Mitsubishi UFJ, Ltd.'s branch office located in Kobe, Japan for the benefit of Goltens Japan originated by Defendant Goltens Shanghai Co., Ltd. in the amount of $379.00 frozen by the Garnishee on November 8, 2007.

(4)   Except as alleged in paragraphs 1-3 above, denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in all paragraphs of Plaintiff's Verified Amended Complaint.

(5)   Affirmatively alleges that on November 28, 2007, the Garnishee forwarded to Defendant Goltens Shanghai Co., Ltd. at the addresses, inter alia, listed on the Summons by OCS courier (Overseas Courier Service) copies of the Amended Writ of Attachment and Garnishment and Verified Amended Complaint and the Summons served on Garnishee by Plaintiff.

WHEREFORE, The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch prays that it may be dismissed and that costs and expenses be decreed to it.

Dated: New York, New York
November 28, 2007

        Respectfully submitted,

        THE BANK OF TOKYO-MITSUBISHI, LTD.
        NEW YORK BRANCH

        By: _____
        Francis Hugh Scifo
        Attorney for Garnishee
        The Bank of Tokyo-Mitsubishi UFJ, Ltd.,
        New York Branch
        1251 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 782-4837

TO:   Michael J. Frevola (MJF 8359)
       HOLLAND & KNIGHT LLP
       Attorneys for Plaintiff
       195 Broadway
       New York, NY 10007-3189
       (212) 513-3200