Francis Hugh Scifo
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., NEW YORK BRANCH
1251 Avenue of the Americas
New York, New York 10020
(212) 782-4837
*Attorney for Garnishee The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEX SERV LIMITED and ALLIANZ GLOBAL CORPORATE & SPECIALTY AG f/k/a ALLIANZ MARINE AND AVIATION VERSICHERUNGS AG, <br><br> Plaintiffs, <br><br> -against- <br><br> GOLTENS SHANGHAI CO., LTD. and SHANGHAI GOLTENS MARINE MACHINERY & MAINTENANCE CO., LTD., <br><br> Defendants. | Civil Action No. <br> 07 Civ. 9301 (LAK) <br><br> CERTIFICATE OF SERVICE BY <u>FEDERAL EXPRESS</u> |

I, FRANCIS HUGH SCIFO, of full age, hereby declare as follows.

    1.    I am an attorney admitted to this Court and Counsel of The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch, a non-party garnishee having been served in this action.

    2.    On November 28, 2007 I caused copies of the **Answer of The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch to Plaintiff's Verified Amended Complaint and a related Rule 7.1 Disclosure Statement** to be served by Federal Express overnight courier delivery upon the following attorney(s) at the address designated by each of them for service of papers.

    Michael J. Frevola (MJF 8359)
    HOLLAND & KNIGHT LLP
    Attorneys for Plaintiff
    195 Broadway
    New York, NY 10007-3189

1

  I hereby declare under penalty of perjury that all of the statements made by me herein are true and correct.

Dated: November 29, 2007

                _____
                Francis Hugh Scifo